## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANDREA MILEY<br>318 5th Street<br>Walterboro, SC 29488 | )<br>)<br>)<br>) | Case No: 1:10-cv-00620 |
| Plaintiff, | )<br>) | JURY DEMAND ENDORSED HEREON |
| v. | )<br>) | |
| CRESTWOOD MANAGEMENT, LLC.,<br>23550 Commerce Park, Suite 5000<br>Beachwood, OH 44122 | )<br>)<br>)<br>)<br>) | VERIFIED CIVIL COMPLAINT<br><br>(Unlawful Debt Collection Practices) |
| Defendant. | ) | |

## VERIFIED COMPLAINT

ANDREA MILEY (Plaintiff), by her attorneys, KROHN & MOSS, LTD., alleges the following against the CRESTWOOD MANAGEMENT, LLC., (Defendant):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in Ohio, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

## PARTIES

5. Plaintiff is a natural person who resides in Walterboro, South Carolina and is allegedly obligated to pay a debt, and Plaintiff is a "consumer" as that term is defined by *15 U.S.C. 1692a(3)*.

6. Pursuant to the definitions outlined in *15 U.S.C. 1692a(1-6)*, Defendant is a debt collector and sought to collect a consumer debt from Plaintiff which was allegedly due and owing from Plaintiff, and Plaintiff is a consumer debtor.

7. Defendant is a debt collector with its headquarters in Beachwood, Cuyahoga County, Ohio.

8. Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by *15 U.S.C. § 1692a(6)*.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

11. Defendant has been placing collection calls to Plaintiff at her place of employment.

12. Plaintiff informed Defendant that she cannot receive calls at work and to stop calling her on her work phone.

13. Defendant continues to place collection calls to Plaintiff despite this.

14. Defendant threatened Plaintiff with wage garnishment.

15. Defendant threatened Plaintiff with legal action.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

16. Defendant violated the FDCPA based on the following:

   a. Defendant violated §1692c(a)(1) of the FDCPA by calling Plaintiff at her place of employment, a place known to be inconvenient to Plaintiff;

   b. Defendant violated §1692c(a)(3) by repeatedly contacting Plaintiff at her place of employment even though Defendant knew that Plaintiff's employer prohibits the consumer from receiving such communication;

   c. Defendant violated §1692d of the FDCPA by engaging in conduct the natural consequence of which is to harass, oppress, or abuse the Plaintiff in connection with the collection of a debt.

   d. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring and engaging Plaintiff is telephone conversations repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

   e. Defendant violated §1692e(4) of the FDCPA by threatening Plaintiff with wage garnishment.

   f. Defendant violated §1692e(5) of the FDCPA by threatening to file a lawsuit against Plaintiff even though Defendant does not intend to do so.

   g. Defendant violated §1692e(10) of the FDCPA by using deceptive means to attempt to collect a debt by threatening Plaintiff with wage garnishment.

WHEREFORE, Plaintiff, ANDREA MILEY respectfully requests judgment be entered against Defendant, CRESTWOOD MANAGEMENT, LLC., for the following:

17. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

18. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

19. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

Plaintiff, ANDREA MILEY, requests a jury trial in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Peter Cozmyk, Esq.
Peter Cozmyk, Esq.
Attorney for Plaintiff
ANDREA MILEY

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (216) 901-0609
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com

## **VERIFICATION OF COMPLAINT AND CERTIFICATION**

STATE OF SOUTH CAROLINA

      Plaintiff, ANDREA MILEY, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

      Pursuant to 28 U.S.C. § 1746(2), I, ANDREA MILEY hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____          _____
           Date                                                                     ANDREA MILEY